NOT DESIGNATED
FOR PUBLICATION

**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE:  Docket Number 2018-CA-1024

Texas Gas Exploration Corporation

- - Versus - -

Lafourche Realty Company, Incorporated, et al

17th Judicial District Court
Case #: 52468
Lafourche Parish

Consolidated with the following:

2018 - CA - 1025
Texas Gas Exploration Corporation
versus
Grace Weld Colby, et al

2018 - CA - 1026
CSX Oil & Gas Corporation
versus
The Allan Company, et al

2018 - CA - 1028
Ellen Lucy McHugh, et al
versus
Total Minatome Corporation, et al

2018 - CA - 1030
Glydia Royalties, et al
versus
Energen Resources MAQ, Inc., et al

2018 - CA - 1027
Total Minatome Corporation
versus
Grace Weld Colby, et al

2018 - CA - 1029
The Allan Company, et al
versus
Total Minatome Corporation, et al

On Application for Rehearing filed on 04/26/2019 by Ellen Lucy McHugh, et al

Rehearing ___Granted_____

Jewel E. "Duke" Welch

Wayne Ray Chutz

Walter I. Lanier, III

Date **MAY** 1 6 **2019**

_Peggy J. Landry_

Rodd Naquin, Clerk